296 U.S. 621
 56 S.Ct. 143
 80 L.Ed. 441
 Holmes HALL, petitioner,
v.
UNIVERSAL OIL PRODUCTS COMPANY et al.*
 No. 390.
 Supreme Court of the United States
 October 14, 1935
 
 Messrs. Donald W. Johnson and Charles V. Garnett, both of Kansas City, Mo., for petitioner.
 
 
 1
 For opinion below, see 76 F.(2d) 258.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied.
 
 
 
 *
 Rehearing denied 296 U. S. 663, 56 S. Ct. 169, 80 L.Ed. 472.